Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

DERRICK MAURICE JACKSON, et al.,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:25-cr-00043-RAJ

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE AND EXTEND
PRETRIAL MOTIONS DEADLINE

THIS MATTER comes before the Court upon the motion of Defendant Derrick Maurice Jackson to continue the trial date and pretrial motions deadline.  Having considered all the representations made regarding the need for a continuance of the trial date, and Defendants Derrick Maurice Jackson and Tiffany Johnson having waived their right to a speedy trial, the Court hereby FINDS as follows:

Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 1

THE COURT FURTHER FINDS the additional time requested is a reasonable period of delay as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses.

THE COURT FURTHER FINDS the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161 (h)(7)(A).

THE COURT FURTHER FINDS that the time requested between the current trial date and the new trial date is needed to provide counsel the reasonable time necessary to prepare for trial considering counsel's schedule and all the facts set forth above.

IT IS THEREFORE ORDERED that the motion (Dkt. 86) is GRANTED.  The trial date as to Defendants Derrick Maurice Jackson and Tiffany Johnson is continued to July 20, 2026, with an extension of the expert notice dates consistent with this new trial date.  All pretrial motions, including motions in limine, shall be filed no later than June 8, 2026.

IT IS FURTHER ORDERED that the period of delay from the date of this Order up to and including the new trial date of July 20, 2026, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

DATED this 22nd day of January, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 2